THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN RIZZOTTO, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

FANNIE ROISTACHER, as Administratrix of the Estate of MORRIS ROISTACHER, Deceased, Respondent, v. JAMES HURLEY, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

EDMUND SEAMAN, Appellant, v. ÆTNA CASUALTY AND SURETY COMPANY, Respondent, et al., Defendants.—

Present — Close, P. J., Carswell, Adel, Taylor and Lewis, JJ.

MARCIA SILBERT, Respondent, v. JOSEPH HAAGA, Appellant.—

No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

IRWIN WEINSTEIN, Respondent, v. LEWIS ALLINSON et al., Appellants, et al., Defendants.—

No opinion. Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.